Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br>    Plaintiffs / Judgment Creditors, <br><br>vs. <br><br>COLUMBIA PACIFIC GLASS, INC.; ADKISON GLAZING SERVICES, LLC; and WILLIAM P. ADKISON, <br><br>    Defendants / Judgment Debtors, <br>and <br><br>BOEING EMPLOYEES CREDIT UNION, <br><br>    Garnishee. | Case No. 2:19-mc-00007-RSL <br><br>**ORDER DISCHARGING GARNISHEE AND CLOSING CASE** |

## **ORDER**

The Court having considered Plaintiffs' motion for an order discharging the garnishee herein, ORDERS that the above-named garnishee be DISCHARGED. The Clerk of Court is directed to close this case.

Dated this 27th day of March, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

THE URBAN LAW FIRM
&
CHRISTENSEN JAMES & MARTIN
720 N 10th Street, A #389
Renton, Washington 98057
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*